# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-1756
_____

JOHNNIE HUNT,

Appellant,

v.

PAMELA JAMES MCGEE,

Appellee.

_____


On appeal from the Circuit Court for Duval County.
W. Gregg McCaulie, Judge.

January 30, 2019


PER CURIAM.

AFFIRMED.

ROWE, RAY, and OSTERHAUS, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____


Johnnie Hunt, pro se, Appellant.

No appearance for Appellee.